IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE M. LAMBERT, | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 07-0326-M |
| MICHAEL J. ASTRUE, | : |
| Acting Commissioner of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Willie M. Lambert and against Defendant Michael J. Astrue.

DONE this 31st day of January, 2008.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE