```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

WILLIE M. LAMBERT, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 07-0326-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $4,069.82, plus costs in the amount of $350.00.

DONE this 20th day of June, 2008.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE